IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **In re:** ) | |
| ) | |
| **WELLS FARGO BANK, N.A.,** as successor ) | |
| by merger to Wachovia Bank, National ) | |
| Association ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action 1:10-cv-00143-KD-B |
| ) | |
| **THE ESTATE OF CHARLES E.** ) | |
| **MCNEIL, SR., and MCNEIL AND RAST,** ) | |
| **LTD.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF COMPLIANCE

Jesse D. Slaton and the firm of Warren, Averett, Kimbrough & Marino, LLC, as Receiver pursuant to the Court's Order Appointing Receiver dated April 2, 2010, hereby provide notice of compliance with the reporting duties of Receiver by the filing of the periodic accountings and reports attached hereto.

    /s/   Eric L. Pruitt
ERIC L. PRUITT (PRU 010)

Attorney for Warren Averett,
Kimbrough & Marino, L.L.C.

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
420 20TH Street North
Suite 1600
Birmingham, Alabama  35203
Tel:     (205) 328-0480
Fax:    (205) 488-3832

B DJF01 951852 v1
1035353-000031 12/22/2010

## **CERTIFICATE OF SERVICE**

  I certify that the foregoing has been served on all parties of record by the Court's ECF system, this day December 22, 2010.

              /s/   Eric L. Pruitt
              OF COUNSEL

B DJF01 951852 v1
1035353-000031 12/22/2010

**Receivership Estate of McNeil and Rast, Ltd.**
**Monthly Operating Report Summary**
For the Month Ended November 30, 2010

|  | Month Ended November 30, 2010 | April Through November 30, 2010 |
|---|---:|---:|
| Rent Revenue | $ 23,433 | $ 187,463 |
| Other Income | 46 | 370 |
| Plus: Change in Rent Prepaid By Tenant | 18,715 | 37,429 |
| Plus: Change in Tenant Accounts Receivable | - | 2,311 |
| **Cash From Tenants** | **42,194** | **227,573** |
| | | |
| Association Charge | 2,916 | 23,328 |
| Property Taxes | - | 12,490 |
| Other Expenses Incurred | 1,203 | 20,555 |
| Receivership Expenses | 1,008 | 24,883 |
| Net Available to Wachovia | - | 3,112 |
| Plus: Change in Rent Prepaid By Tenant | - | 18,715 |
| Change in Accrued Property Taxes | - | (12,490) |
| Change in 2009 Accrued Property Taxes | 16,891 | 35,138 |
| Change in Accounts Payable | 2,229 | (3,187) |
| **Cash Paid for Expenses** | **24,247** | **122,544** |
| | | |
| **Net Cash Flow** | $ **17,947** | $ **105,029** |
| | | |
| Beginning Cash | 126,154 | 39,072 |
| | | |
| Ending Cash 11/30/10 | $ 144,101 | $ 144,101 |

**Receivership Estate of McNeil and Rast, Ltd.**
**Monthly Operating Report Transaction Detail**
For the Month Ended November 30, 2010

| Transaction Date | Transaction Description | Receivership Cash | Wachovia Cash | AR from Tenants | Accounts Payable | Due (to) From Association | Rent Prepaid By Tenant | 2009 Accrued Property Taxes | Property Taxes Payable | Net Available to Wachovia | Rent Revenue | Allocated Association Charges | Property Tax Expense | Other (Income) Expense | Receivership Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Balance as of 11/1/2010** | | 164.50 | 125,990.43 | 4,629.50 | (4,440.50) | (2,916.00) | - | - | (16,891.00) | (106,536.93) | (164,030.50) | 20,412.00 | 12,490.00 | 19,027.02 | 23,875.00 |
| 11/1/10 | Monthly Rent Charge - MS 2862 Dauphin | | | 16,171.25 | | | | | | | (16,171.25) | | | | |
| 11/1/10 | Monthly Rent Charge - CA 2864 Suite A | | | 2,405.00 | | | | | | | (2,405.00) | | | | |
| 11/1/10 | Monthly Rent Charge - HR 2864 Suite C | | | 2,312.50 | | | | | | | (2,312.50) | | | | |
| 11/1/10 | Monthly Rent Charge - LB 2864 Suite D | | | 2,543.75 | | | | | | | (2,543.75) | | | | |
| 11/5/10 | Cash Receipt Brownell Travel | | 46.25 | | | | | | | | | | | (46.25) | |
| 11/9/10 | Receipt of Cash for November Rent- CA 2864 Suite A | | 2,405.00 | (2,405.00) | | | | | | | | | | | |
| 11/2/10 | Receipt of Cash for November Rent - MS 2862 Dauphin | | 16,171.25 | (16,171.25) | | | | | | | | | | | |
| 11/3/10 | Receipt of Cash for November Rent - LB 2864 Suite D | | 2,543.75 | (2,543.75) | | | | | | | | | | | |
| 11/29/10 | Receipt of Cash for November Rent - HR 2864 Suite C | | 2,312.50 | (2,312.50) | | | | | | | | | | | |
| 11/30/10 | Receipt of Cash for December Rent - MS 2862 Dauphin | | 16,171.25 | | | | (16,171.25) | | | | | | | | |
| 11/30/10 | Receipt of Cash for December Rent - LB 2864 Suite D | | 2,543.75 | | | | (2,543.75) | | | | | | | | |
| 11/1/10 | John Toomey & Associates - Allocated Monthly Association Charges | | | | | (2,916.00) | | | | | | 2,916.00 | | | |
| 11/11/10 | Johnson Plumbing - labor and materials to pull water heater and cap lines | | | | (150.00) | | | | | | | | | 150.00 | |
| 11/22/10 | Johnson Plumbing - Install new water heater unit | | | | (650.00) | | | | | | | | | 650.00 | |
| 11/1/10 | John Toomey & Associates - Management Services for November | | | | (300.00) | | | | | | | | | 300.00 | |
| 11/12/10 | Baker Donelson - file receivership report for October | | | | (103.14) | | | | | | | | | 103.14 | |
| 11/9/10 | **Transfer Funds to Receivership Checking Acct # 1214** | 24,247.50 | (24,247.50) | | | | | | | | | | | | |
| 11/9/10 | Pmt Baker Donelson - File Receivership report with court | | | | | | | | | | | | | | |
| 11/9/10 | Pmt Baker Donelson - File Receivership report with court | (338.50) | | | 338.50 | | | | | | | | | | |
| 11/9/10 | Pmt WAKM Receivership Expenses for October | (1,092.00) | | | 1,092.00 | | | | | | | | | | |
| 11/9/10 | Pmt John Toomey & Co - Allocated October Association Dues | (2,916.00) | | | - | 2,916.00 | | | | | | | | | |
| 11/9/10 | Pmt John Toomey & Co - Management Services - leasing | (2,500.00) | | | 2,500.00 | | | | | | | | | | |
| 11/9/10 | Pmt John Toomey & Co - Monthly Management Services | (300.00) | | | 300.00 | | | | | | | | | | |
| 11/9/10 | Pmt Keith A/C - repair water leak in Linda-Mood Bell suite | (210.00) | | | 210.00 | | | | | | | | | | |
| 11/9/10 | Pmt Mobile County Revenue Commission - Property Taxes for 2010 | (16,891.00) | | | | | | | 16,891.00 | | | | | - | |
| 11/30/10 | 20011 Accrued Property Taxes | | | | | | | | (2,815.00) | | | | 2,815.00 | | |
| 11/30/10 | WAKM Receivership Expenses November | | | | (1,008.00) | | | | | | | | | | 1,008.00 |
| **Balance as of 11/30/10** | | 164.50 | 143,936.68 | 4,629.50 | (2,211.14) | (2,916.00) | (18,715.00) | - | (2,815.00) | (122,073.54) | (187,463.00) | 23,328.00 | 15,305.00 | 20,183.91 | 24,883.00 |
| | | | | | | | | | | | Beg Balance | (164,030.50) | 20,412.00 | 12,490.00 | 19,027.02 | 23,875.00 |
| | | | | | | | | | | | Current Month | (23,432.50) | 2,916.00 | 2,815.00 | 1,156.89 | 1,008.00 |

**Accounts Receivable by Tenant**

| | | |
|---|---|---|
| Horizon Research 2864 Suite C | $ 4,629 | Past due rent Jan, Feb |
| Total Accounts Receivable from Tenants | $ 4,629 | |

| | Total Paid by Property Mngr | Less Amt Allocated to other Assoc. Members | Receivership Share of Association Expense |
|---|---|---|---|
| Property Management | $ 835 | $ 351 | $ 484 |
| Utilities | 3077 | 1293 | 1785 |
| Repairs & Maintenance | 676 | 284 | 392 |
| Postage & Misc Expense | 39 | 16 | 22 |
| Taxes | 0 | 0 | 0 |
| Total | $ 4,627 | $ 1,943 | $ 2,684 |
| | | Billed by Association | 2916 |
| | | Billings in (Excess) | $ (232) |
| | | Prior Month Billings in (Excess) | (2,192) |
| | | To Date Billings in (Excess) | (2,424) |