IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| In re: ) | |
| ) | |
| WELLS FARGO BANK, N.A., as successor ) | |
| by merger to Wachovia Bank, National ) | |
| Association ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action 1:10-cv-00143-KD-B |
| ) | |
| THE ESTATE OF CHARLES E. ) | |
| MCNEIL, SR., and MCNEIL AND RAST, ) | |
| LTD., ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF COMPLIANCE

Jesse D. Slaton and the firm of Warren, Averett, Kimbrough & Marino, LLC, as Receiver pursuant to the Court's Order Appointing Receiver dated April 2, 2010, hereby provide notice of compliance with the reporting duties of Receiver by the filing of the periodic accountings and reports attached hereto.

/s/ Eric L. Pruitt
ERIC L. PRUITT (PRU 010)

Attorney for Warren Averett,
Kimbrough & Marino, L.L.C.

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
420 20TH Street North
Suite 1600
Birmingham, Alabama 35203
Tel: (205) 328-0480
Fax: (205) 488-3832

B MNS 988472 v1
1035353-000031 08/22/2011

## CERTIFICATE OF SERVICE

    I certify that the foregoing has been served on all parties of record by the Court's ECF system, this day August 22, 2011.

                                          /s/   Eric L. Pruitt
                                          OF COUNSEL

Receivership Estate of McNeil and Rast, Ltd.
**Monthly Operating Report Summary**
For the Month Ended July 31, 2011

|  | Month Ended July 31, 2011 | April 2010 Through July 31, 2011 |
|---|---:|---:|
| Rent Revenue | $ 21,144 | $ 351,486 |
| Other Income | - | 416 |
| Plus: Change in Rent Prepaid By Tenant | - | 39,973 |
| Plus: Change in Tenant Accounts Receivable | - | 2,311 |
| **Cash From Tenants** | **21,144** | **394,186** |
|  |  |  |
| Association Charge | 2,916 | 46,656 |
| Property Taxes | 1,408 | 26,569 |
| Other Expenses Incurred | 6,545 | 38,512 |
| Receivership Expenses | 2,310 | 40,055 |
| Net Available to Wachovia | - | 3,112 |
| Change in Rent Prepaid By Tenant | - | 37,430 |
| Change in Accrued Property Taxes | (1,408) | (26,569) |
| Change in Due to Association | (2,916) | - |
| Change in 2009 Accrued Property Taxes | - | 35,138 |
| Change in Accounts Payable | (8,855) | (13,607) |
| **Cash Paid for Expenses** | **-** | **187,296** |
|  |  |  |
| **Net Cash Flow** | $ 21,144 | $ 206,888 |
|  |  |  |
| Beginning Cash | 224,816 | 39,072 |
|  |  |  |
| Ending Cash 7/31/11 | $ 245,960 | $ 245,960 |

Receivership Estate of McNeil and Rast, Ltd.
Monthly Operating Report Transaction Detail
For the Month Ended July 31, 2011

| Transaction Date | Check No | Transaction Description | Receivership Cash | Wachovia Cash | AR from Tenants | Accounts Payable | Due (to) From Association | Rent Prepaid By Tenant | Property Taxes Payable | Net Available to Wachovia | Rent Revenue | Allocated Association Charges | Property Tax Expense | Other (Income) Expense | Receivership Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance as of 7/1/11 | | | 29.50 | 224,786.36 | 4,629.50 | (4,957.50) | - | (2,543.75) | (12,671.00) | (209,273.11) | (308,251.00) | 40,824.00 | 23,753.00 | 29,798.03 | 37,745.00 |
| 7/1/11 | | Monthly Rent Charge - MS 2862 Dauphin | | | 13,698.00 | | | | | | (13,698.00) | | | | |
| 7/1/11 | | Monthly Rent Charge - CA 2864 Suite A | | | 2,590.00 | | | | | | (2,590.00) | | | | |
| 7/1/11 | | Monthly Rent Charge - HR 2864 Suite C | | | 2,312.50 | | | | | | (2,312.50) | | | | |
| 7/1/11 | | Monthly Rent Charge - LB 2864 Suite D | | | 2,543.75 | | | | | | (2,543.75) | | | | |
| 7/12/11 | | Receipt of Cash for June Rent - CA 2864 Suite A | | 2,590.00 | (2,590.00) | | | | | | | | | | |
| 7/29/11 | | Receipt of Cash for June Rent - HR 2864 Suite C | | 2,312.50 | (2,312.50) | | | | | | | | | | |
| 7/6/11 | | Receipt of Cash for July Rent - MS 2862 | | 13,698.00 | (13,698.00) | | | | | | | | | | |
| 7/29/11 | | Receipt of Cash for July Rent - LB 2864 Suite B | | | (2,543.75) | | | 2,543.75 | | | | | | | |
| 7/29/11 | | Prepaid Rent for July - LB 2864 Suite D | | 2,543.75 | | | | (2,543.75) | | | | | | | |
| 7/1/11 | | Dauphin Center Office Plaza - Allocated Monthly Association Charges - July | | | | | (2,916.00) | | | | | 2,916.00 | | | |
| 7/1/11 | | Accounts Payable - John Toomey & Associates - July Management Fee | | | | (300.00) | | | | | | | | 300.00 | |
| 7/1/11 | | Accounts Payable - Keith Air Conditioning | | | | (160.00) | | | | | | | | 160.00 | |
| 7/21/11 | | Accounts Payable - Baker Donelson - professional services | | | | (6,084.50) | | | | | | | | 6,084.50 | |
| 7/12/11 | | Accrued Property Taxes | | | | | | | (1,408.00) | | | | 1,408.00 | | |
| 7/31/11 | | WAKM Receivership Expenses July | | | | (2,310.00) | | | | | | | | | 2,310.00 |
| 7/29/11 | | | | | | | | | | | | | | | |
| Balance as of 7/31/11 | | | 29.50 | 245,930.61 | 4,629.50 | (13,812.00) | (2,916.00) | (2,543.75) | (14,079.00) | (217,238.86) | (329,395.25) | 43,740.00 | 25,161.00 | 36,342.53 | 40,055.00 |
| | | | | | | | | | | Beg Balance | (308,251.00) | 40,824.00 | 23,753.00 | 29,798.03 | 37,745.00 |
| | | | | | | | | | | Current Month | (21,144.25) | 2,916.00 | 1,408.00 | 6,544.50 | 2,310.00 |

**Accounts Receivable by Tenant**
Horizon Research 2864 Suite C: $ 4,629 Past due rent Feb 2010, Dec 2010
Total Accounts Receivable from Tenants: $ 4,629

| Accounts Payable by Vendor | | | Total Paid by Property Mngr | Less Amt Allocated to other Assoc. Members | | Receivership Share of Association Expense |
|---|---|---|---|---|---|---|
| WAKM, LLC | $ 3,984 | Property Management | $ 700 | $ 294 | | $ 406 |
| Baker Donelson | 9,254 | Utilities | 997 | 419 | | 578 |
| Dauphin Center Office Plaza | 114 | Repairs & Maintenance | 576 | 242 | | 334 |
| John Toomey & Associates | 300 | Administrative Expense | 151 | 63 | | 87 |
| Dauphin Center Office Plaza | 2,916 | Insurance | 1912 | 803 | | 1109 |
| Keith Air Conditioning | 160 | Total | $ 4,336 | $ 1,821 | | $ 2,515 |
| | | | | Billed by Association | | 2916 |
| | | | | Billings in (Excess) | $ | (401) |
| | | | | Prior Month Billings in (Excess) | | (3,440) |
| Total Accounts Payable for Vendors | $ 16,728 | | | To Date Billings in (Excess) | | (3,842) |