IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | |
| **WELLS FARGO BANK, N.A., as successor by merger to Wachovia Bank, National Association** | ) ) ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | Civil Action 1:10-cv-00143-KD-B |
| | ) | |
| **THE ESTATE OF CHARLES E. MCNEIL, SR., and MCNEIL AND RAST, LTD.,** | ) ) ) | |
| | ) | |
| **Defendants.** | ) | |

## NOTICE OF COMPLIANCE

Jesse D. Slaton and the firm of Warren, Averett, Kimbrough & Marino, LLC, as Receiver pursuant to the Court's Order Appointing Receiver dated April 2, 2010, hereby provide notice of compliance with the reporting duties of Receiver by the filing of the periodic accountings and reports attached hereto.

/s/  Eric L. Pruitt
ERIC L. PRUITT (PRU 010)

Attorney for Warren Averett,
Kimbrough & Marino, L.L.C.

OF COUNSEL:

BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC
420 20TH Street North
Suite 1600
Birmingham, Alabama  35203
Tel:     (205) 328-0480
Fax:    (205) 488-3832

B MNS 988472 v1
1035353-000031 08/22/2011

## **CERTIFICATE OF SERVICE**

    I certify that the foregoing has been served on all parties of record by the Court's ECF system, this day September 19, 2011.

                                      /s/ Eric L. Pruitt
                                      OF COUNSEL

Receivership Estate of McNeil and Rast, Ltd.
**Monthly Operating Report Summary**
For the Month Ended August 31, 2011

|  | Month Ended August 31, 2011 | April 2010 Through August 31, 2011 |
|---|---:|---:|
| Rent Revenue | $ 21,144 | $ 372,630 |
| Other Income | - | 416 |
| Plus: Change in Rent Prepaid By Tenant | 13,698 | 53,671 |
| Plus: Change in Tenant Accounts Receivable | - | 2,311 |
| **Cash From Tenants** | **34,842** | **429,028** |
|  |  |  |
| Association Charge | 2,916 | 49,572 |
| Property Taxes | 1,408 | 27,977 |
| Other Expenses Incurred | 10,273 | 48,785 |
| Receivership Expenses | 2,559 | 42,614 |
| Net Available to Wachovia | - | 3,112 |
| Change in Rent Prepaid By Tenant | - | 37,430 |
| Change in Accrued Property Taxes | (1,408) | (27,977) |
| Change in Due to Association | 2,916 | 2,916 |
| Change in 2009 Accrued Property Taxes | - | 35,138 |
| Change in Accounts Payable | 1,280 | (12,327) |
| **Cash Paid for Expenses** | **19,944** | **207,240** |
|  |  |  |
| **Net Cash Flow** | **$ 14,898** | **$ 221,788** |
|  |  |  |
| Beginning Cash | 245,960 | 39,072 |
|  |  |  |
| Ending Cash 8/31/11 | $ 260,858 | $ 260,858 |

Receivership Estate of McNeil and Rast, Ltd.
Monthly Operating Report Transaction Detail
For the Month Ended August 31, 2011

| Transaction Date | Check No | Transaction Description | Receivership Cash | Wachovia Cash | AR from Tenants | Accounts Payable | Due (to) From Association | Rent Prepaid By Tenant | Property Taxes Payable | Net Available to Wachovia | Rent Revenue | Allocated Association Charges | Property Tax Expense | Other (Income) Expense | Receivership Expenses |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Balance as of 8/1/11 | | | 29.50 | 245,930.61 | 4,629.50 | (13,812.00) | (2,916.00) | (2,543.75) | (14,079.00) | (217,238.86) | (329,395.25) | 43,740.00 | 25,161.00 | 36,342.53 | 40,055.00 |
| 8/1/11 | | Monthly Rent Charge - MS 2862 Dauphin | | | 13,698.00 | | | | | | (13,698.00) | | | | |
| 8/1/11 | | Monthly Rent Charge - CA 2864 Suite A | | | 2,590.00 | | | | | | (2,590.00) | | | | |
| 8/1/11 | | Monthly Rent Charge - HR 2864 Suite C | | | 2,312.50 | | | | | | (2,312.50) | | | | |
| 8/1/11 | | Monthly Rent Charge - LB 2864 Suite D | | | 2,543.75 | | | | | | (2,543.75) | | | | |
| 8/8/11 | | Receipt of Cash for August Rent- CA 2864 Suite A | | 2,590.00 | (2,590.00) | | | | | | | | | | |
| 8/30/11 | | Receipt of Cash for August Rent- HR 2864 Suite C | | 2,312.50 | (2,312.50) | | | | | | | | | | |
| 8/1/11 | | Receipt of Cash for August Rent- MS 2862 | | 13,698.00 | (13,698.00) | | | | | | | | | | |
| 8/31/11 | | Prepaid Rent Earned for August - LB 2864 Suite D | | | (2,543.75) | | | 2,543.75 | | | | | | | |
| 8/31/11 | | Prepaid Rent for September - LB 2864 Suite D | | 2,543.75 | | | | (2,543.75) | | | | | | | |
| 8/31/11 | | Prepaid Rent for September - MS 2862 Dauphin | | 13,698.00 | | | | (13,698.00) | | | | | | | |
| 8/18/11 | | Transfer Funds to Receivership Checking Acct # 1214 | 19,944.00 | (19,944.00) | | | | | | | | | | | |
| 8/1/11 | | Dauphin Center Office Plaza - Allocated Monthly Association Charges - August | | | | | (2,916.00) | | | | | | 2,916.00 | | |
| 8/1/11 | | Accounts Payable - John Toomey & Associates - August Management Fee | | | | (300.00) | | | | | | | | | 300.00 |
| 8/19/11 | 1064 | Pmt - Baker Donelson - professional services | (9,254.00) | | | 9,254.00 | | | | | | | | | |
| 8/22/11 | 1062 | Pmt - Dauphin Center Office Plaza - July & August Association Dues / AT&T Invoice | (5,946.00) | | | 114.00 | 5,832.00 | | | | | | | | |
| 8/22/11 | 1065 | Pmt - WAKM, LLC June & July Receivership Invoices | (3,984.00) | | | 3,984.00 | | | | | | | | | |
| 8/22/11 | 1066 | Pmt - Keith Air Conditioning - Invoice # 200293 | (160.00) | | | 160.00 | | | | | | | | | |
| 8/23/11 | 1063 | Pmt - John Toomey & Co - July & August Property mngt fees | (600.00) | | | 600.00 | | | | | | | | | |
| 8/5/11 | | Accounts Payable - Eagle Electrical Services - replaced lights & lamps | | | | (202.50) | | | | | | | | | 202.50 |
| 8/22/11 | | Accounts Payable - AT&T - elevator phone service | | | | (260.40) | | | | | | | | | 260.40 |
| 8/16/11 | | Accounts Payable - Keith Air Conditioning | | | | (575.00) | | | | | | | | | 575.00 |
| 8/4/11 | | Accounts Payable - Johnson Plumbing | | | | (3,000.00) | | | | | | | | | 3,000.00 |
| 8/11/11 | | Accounts Payable - Baker Donelson | | | | (5,934.74) | | | | | | | | | 5,934.74 |
| 8/31/11 | | Accrued Property Taxes | | | | | | | (1,408.00) | | | | 1,408.00 | | |
| 8/31/11 | | WAKM Receivership Expenses August | | | | (2,559.00) | | | | | | | | | 2,559.00 |
| Balance as of 8/31/11 | | | 29.50 | 260,828.86 | 4,629.50 | (12,531.64) | - | (16,241.75) | (15,487.00) | (221,227.47) | (350,539.50) | 46,656.00 | 26,569.00 | 46,615.17 | 42,614.00 |
| | | | | | | | | | | Beg Balance | (329,395.25) | 43,740.00 | 25,161.00 | 36,342.53 | 40,055.00 |
| | | | | | | | | | | Current Month | (21,144.25) | 2,916.00 | 1,408.00 | 10,272.64 | 2,559.00 |

| Accounts Receivable by Tenant | | | |
|---|---|---|---|
| Horizon Research 2864 Suite C | | $ | 4,629 Past due rent Feb 2010, Dec 2010 |
| Total Accounts Receivable from Tenants | | $ | 4,629 |

| Accounts Payable by Vendor | | |
|---|---|---|
| WAKM, LLC | $ | 2,559 |
| Baker Donelson | | 5,935 |
| Eagle Electrical Services | | 203 |
| Johnson Plumbing | | 3,000 |
| Keith Air Conditioning | | 575 |
| AT&T | | 260 |
| | | - |
| Total Accounts Payable for Vendors | $ | 12,532 |

| | Total Paid by Property Mngt | Less Amt Allocated to other Assoc. Members | Receivership Share of Association Expense |
|---|---|---|---|
| Property Management | $ 700 | $ 294 | $ 406 |
| Utilities | 1036 | 435 | 601 |
| Repairs & Maintenance | 650 | 273 | 377 |
| Administrative Expense | 32 | 13 | 19 |
| Insurance | 1912 | 803 | 1109 |
| Total | $ 4,331 | $ 1,819 | $ 2,512 |
| | | Billed by Association | 2916 |
| | | Billings in (Excess) | $ (404) |
| | | Prior Month Billings in (Excess) | (3,842) |
| | | To Date Billings in (Excess) | (4,246) |